## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**BILLY GENE KEYES**                                                                    **PLAINTIFF**

**v.**                                                                                            **NO. 4:07CV60-M-D**

**CHRISTOPHER EPPS, ET AL.**                                                       **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated August 1, 2007, and the August 8, 2007, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated August 1, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the plaintiff's claims against defendants Christopher Epps, Emmitt Sparkman, Lawrence Kelly, Dwight Presley, John Rogers, James Moore, Carolyn Wiggins, Lt. Lucas, Officer Walton, Officer Jones, Officer Williams, Officer Blair, Officer Kelly, Case Manager Ivy, and Case Manager Simpson are hereby **DISMISSED** with prejudice.

3.      That the plaintiff's claims against defendant Lashanda Drummer shall proceed.

THIS, the 28th day of November, 2007.

                                                    /s/ Michael P. Mills
                                                    **CHIEF JUDGE**
                                                    **UNITED STATES DISTRICT COURT**
                                                    **NORTHERN DISTRICT OF MISSISSIPPI**